UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                          Case No. 04-C-0782

CARL E. STOCKER, JEAN A. STOCKER,
PESHTIGO NATIONAL BANK,

    Defendants.

**ORDER CONFIRMING SALE AND DISTRIBUTION OF FUNDS**

The above-captioned matter having come on before the Court on plaintiff's motion for confirmation of sale, and the Court having considered the basis for said motion, including the Report of Sale by the United States Marshal and the presentation by counsel for the plaintiff,

**IT IS ORDERED** that the sale of the mortgaged premises in the above-entitled action to Eugene W. La Combe for the total sum of $182,000.00 and the Marshal's report of such sale on file herein are hereby in all things approved and confirmed.

**IT IS FURTHER ORDERED** that upon entry and filing of this order with the Clerk of Court, Eastern District of Wisconsin, and upon payment of the balance of the purchase price, $157,000.00, to the Clerk of Court, on or before February 29, 2008, such Clerk shall thereupon deliver to Eugene W. La Combe the Marshal's Deed to the premises involved in this action.

**IT IS FURTHER ORDERED** that upon application by the plaintiff, the Clerk of Court shall issue a Writ of Assistance in order to put the purchaser of the premises, Eugene W. La Combe, in full, quiet and peaceable possession of same.

**IT IS FURTHER ORDERED** that upon receipt of the full purchase price, the Clerk of Court shall issue a check payable to the United States Department of Treasury for $137,294.80 representing the balance owed to the Farm Service Agency, and further, the Clerk of Court shall issue a check payable to the United States Department of Treasury for $6,149.44 representing the balance owed to the United States Attorney's Office for its costs. Both checks should be sent to the Office of the United States Attorney, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202.

**IT IS FURTHER ORDERED** that upon receipt of the full purchase price, the Clerk of Court shall issue a check payable to the Pestigo National Bank for $7,088.99 plus per diem interest of $1.45 from February 1, 2008 to February 19, 2008 for a total of $7,116.54. Said check shall be sent to Attorney William N. Leege, S.C., P.O. Box 104, Oconto, WI 54153.

**IT IS FURTHER ORDERED** that the upon receipt of the full purchase price and after the checks to the United States Treasury and to Pestigo National Bank have been issued, the Clerk of Court shall issue a check payable to Carl and Jean Stocker for the remaining balance of the sale proceeds totaling $31,439.22. Said check shall be sent to Attorney Lawrence G. Vesely, 416 South Monroe Avenue, P.O. Box 368, Green Bay, WI 54305-0368.

Dated at Green Bay, Wisconsin, this      20th      day of February, 2008.

 s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Judge
Eastern District of Wisconsin